AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reagan,, Michael J. | Southern District of Illinois | 06/28/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Chief Judge - Active | ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final    5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

750 Missouri Avenue
East St. Louis, IL 62201

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Judicial Conference of the United States |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan,, Michael J. | 06/28/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan,, Michael J. | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT & T | A | Dividend | K | T | | | | | |
| 2. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 3. Intel Corp | A | Dividend | K | T | | | | | |
| 4. Campbell Soup Co | A | Dividend | J | T | | | | | |
| 5. McKesson Stock | A | Dividend | K | T | | | | | |
| 6. Sysco Co Stock | B | Dividend | K | T | | | | | |
| 7. United Technologies Co Stock | B | Dividend | K | T | | | | | |
| 8. Dominion Res Incorp V A New | C | Dividend | L | T | Buy (add'l) | 12/23/15 | K | | |
| 9. Northern Tr Corp | A | Dividend | K | T | | | | | |
| 10. New York Times | A | Dividend | J | T | | | | | |
| 11. J P Morgan Chase | A | Dividend | K | T | | | | | |
| 12. General Electric Stock | A | Dividend | K | T | | | | | |
| 13. Raymond James Bank Deposit Account | A | Interest | J | T | | | | | |
| 14. Kellog Co | A | Dividend | K | T | | | | | |
| 15. Monsanto Co | A | Dividend | J | T | | | | | |
| 16. Wells Fargo Bank CD | A | Interest | | | Redeemed | 03/02/15 | J | A | |
| 17. First Trust Interest Rate Hedge 66 | A | Dividend | | | Sold | 04/16/15 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan,, Michael J. | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  First Trust Interest Rate Hedge Ser 94 | C | Dividend | L | T | Buy | 04/17/15 | L | | |
| 19.  IRA #2 - Raymond James Bank Deposit Account | A | Interest | J | T | | | | | |
| 20.  Franklin Income Fund | B | Dividend | K | T | Buy (add'l) | 12/02/15 | J | | |
| 21.  Pimco Income Stgy Fd | A | Dividend | J | T | Buy (add'l) | 12/29/15 | J | | |
| 22.  ISIS Pharmaceuticals | | None | | | Sold | 03/03/15 | J | A | |
| 23.  Tesla Motors Call | | None | | | Sold | 06/17/15 | J | A | |
| 24.  Vanguard Strat Small Cap Equity | | None | | | Sold | 10/12/15 | K | A | |
| 25.  IRA #3 - Ameritrade Bank Account | | None | K | T | | | | | |
| 26.  Apple Inc | | None | | | Sold | 02/02/15 | J | A | |
| 27.  Google Inc | | None | | | Sold | 02/26/15 | J | A | |
| 28.  Vanguard High Dividend Yield | A | Dividend | | | Sold | 12/30/15 | K | A | |
| 29.  Vanguard 500 Index | A | Dividend | L | T | Buy (add'l) | 12/30/15 | K | | |
| 30.  Vanguard Total Stk Mkt | A | Dividend | J | T | Buy | 05/15/15 | J | | |
| 31.  Pfizer Call | | None | J | T | Buy | 11/17/15 | J | | |
| 32.  Vanguard Total Bd Mkt | A | Dividend | J | T | Buy | 12/01/15 | J | | |
| 33.  Vanguard Total Intl Bd | A | Dividend | J | T | Buy | 12/01/15 | J | | |
| 34.  Vanguard 500 Index | A | Dividend | K | T | Buy | 10/16/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan,, Michael J. | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Tesla Motors Call | | None | | | Buy | 01/02/15 | J | | |
| 36. Tesla Motors Call | | None | | | Sold | 08/27/15 | J | A | |
| 37. Twitter Inc | | None | | | Buy | 03/05/15 | J | | |
| 38. Twitter Inc | | None | | | Sold | 03/20/15 | J | A | |
| 39. Apple Inc | | None | | | Buy | 03/09/15 | J | | |
| 40. Apple Inc | | None | | | Sold | 03/18/15 | J | A | |
| 41. Apple Inc | | None | | | Buy | 04/09/15 | J | | |
| 42. Apple Inc | | None | | | Sold | 04/10/15 | J | A | |
| 43. Netflix Inc Call | | None | | | Buy | 04/15/15 | J | | |
| 44. Netflix Inc Call | | None | | | Sold | 04/16/15 | J | A | |
| 45. Netflix Inc Call | | None | | | Buy | 04/16/15 | J | | |
| 46. Netflix Inc Call | | None | | | Sold | 04/16/15 | J | C | |
| 47. Amazon Inc Call | | None | | | Buy | 04/20/15 | J | | |
| 48. Amazon Inc Call | | None | | | Sold | 04/24/15 | J | C | |
| 49. Amazon Inc Call | | None | | | Buy | 04/20/15 | J | | |
| 50. Amazon Inc Call | | None | | | Sold | 04/22/15 | J | A | |
| 51. Mobileye N.V. Call | | None | | | Buy | 04/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan,, Michael J. | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Mobileye N.V. Call | | None | | | Sold | 05/11/15 | J | A | |
| 53. Amazon Inc Call | | None | | | Buy | 04/24/15 | J | | |
| 54. Amazon Inc Call | | None | | | Sold | 04/24/15 | J | A | |
| 55. Apple Inc | | None | | | Buy | 04/27/15 | J | | |
| 56. Apple Inc | | None | | | Sold | 04/27/15 | J | A | |
| 57. Netflix Inc Call | | None | | | Buy | 07/15/15 | J | | |
| 58. Netflix Inc Call | | None | | | Sold | 07/16/15 | J | A | |
| 59. Go Pro Inc Call | | None | | | Buy | 07/20/15 | J | | |
| 60. Go Pro Inc Call | | None | | | Sold | 07/20/15 | J | A | |
| 61. Amazon Inc Call | | None | | | Buy | 07/22/15 | J | | |
| 62. Amazon Inc Call | | None | | | Sold | 07/22/15 | J | A | |
| 63. Amazon Inc | | None | | | Buy | 07/27/15 | K | | |
| 64. Amazon Inc | | None | | | Sold | 07/27/15 | K | A | |
| 65. The Walt Disney Company Call | | None | | | Buy | 08/03/15 | J | | |
| 66. The Walt Disney Company Call | | None | | | Sold | 08/03/15 | J | A | |
| 67. The Walt Disney Company Call | | None | | | Buy | 08/24/15 | J | | |
| 68. The Walt Disney Company Call | | None | | | Sold | 08/24/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan,, Michael J. | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Tesla Motors Call | | None | | | Buy | 09/01/15 | J | | |
| 70. Tesla Motors Call | | None | | | Sold | 09/14/15 | J | A | |
| 71. Tesla Motors Call | | None | | | Buy | 09/28/15 | J | | |
| 72. Tesla Motors Call | | None | | | Sold | 09/29/15 | J | A | |
| 73. Tesla Motors Call | | None | | | Buy | 10/01/15 | J | | |
| 74. Tesla Motors Call | | None | | | Sold | 10/02/15 | J | A | |
| 75. Netflix Inc | | None | | | Buy | 10/14/15 | J | | |
| 76. Netflix Inc | | None | | | Buy | 10/19/15 | J | | |
| 77. Netflix Inc | | None | | | Sold | 11/17/15 | K | A | |
| 78. Amazon Inc Call | | None | | | Buy | 10/22/15 | J | | |
| 79. Amazon Inc Call | | None | | | Sold | 10/23/15 | J | A | |
| 80. Amazon Inc Call | | None | | | Buy | 10/22/15 | J | | |
| 81. Amazon Inc Call | | None | | | Sold | 10/23/15 | J | A | |
| 82. Facebook Inc Call | | None | | | Buy | 10/23/15 | J | | |
| 83. Facebook Inc Call | | None | | | Buy | 10/23/15 | J | | |
| 84. Facebook Inc Call | | None | | | Sold | 10/26/15 | J | A | |
| 85. Facebook Inc Call | | None | | | Sold | 10/28/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan,, Michael J. | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Tesla Motors | | None | | | Buy | 11/09/15 | K | | |
| 87.  Tesla Motors | | None | | | Sold | 11/09/15 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan,, Michael J. | 06/28/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael J. Reagan,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544